**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Modern Craft Construction, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2  7 – 1  2  8  5  2  4  7 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3015 Main St.** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Rowlett**     **TX**   **75088** | |
| City     State   ZIP Code | City     State   ZIP Code |
| **Dallas** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City     State   ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Modern Craft Construction, LLC** _____   Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

___  ___  ___  ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Modern Craft Construction, LLC** _____  Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____  When _____  Case number _____
                                              MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
                                       MM / DD / YYYY

District _____  When _____  Case number _____
                                       MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

List all cases.  If more than 1, attach a separate list.

District _____  When _____
                                       MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                                       MM / DD / YYYY

Case number, if known _____

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Modern Craft Construction, LLC** _____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number       Street

_____

_____
City                                State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Modern Craft Construction, LLC**                                           Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/06/2023**
           MM / DD / YYYY

X **/s/ Robert Wiley Gilliam, III**
Signature of authorized representative of debtor

**Robert Wiley Gilliam, III**
Printed name

**Managing Member**
Title

**18.  Signature of attorney**

X **/s/ Richard Pelley**                          Date  **04/06/2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard Pelley**
Printed name

**Pelley Law Offices**
Firm name

**905 N. Travis**
Number        Street

_____

**Sherman**                          **TX**        **75090**
City                          State        ZIP Code

**(903) 813-4778**                          **rap@pelleylaw.com**
Contact phone                          Email address

**15732500**                          **TX**
Bar number                          State

**Fill in this information to identify the case**

Debtor name    **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)                                                ☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**            **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
    |---|---|---|---|---|
    | 3.1. | Checking account with American National Bank | Checking account | 3 9 1 1 | $0.00 |
    | 3.2. | Checking account with American National Bank | Checking account | 3 9 5 2 | $0.00 |

4. **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.       **$0.00**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

11a.  90 days old or less: _____ − _____ = .............. ➔ _____
  face amount   doubtful or uncollectible accounts

11b.  Over 90 days old: _____ − _____ = .............. ➔ _____
  face amount   doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **Modern Craft Construction, LLC**_____   Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Modern Craft Construction, LLC**                                Case number (if known) _____
      Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Left misc. furniture in office when vacated.  Max Value: $800.00** | | | **$800.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                    **$800.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                    **$0.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes.  Fill in the information below.

                                                                        **Current value of**
                                                                        **debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
   **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                    $0.00
   Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $800.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..................................................................................... **$800.00**

**Fill in this information to identify the case:**

Debtor name    **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                   12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

   ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                **$0.00**

| Fill in this information to identify the case: |
| --- |

Debtor **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Internal Revenue Service**

P.O. Box 7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Philadelphia        PA    19114

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(  **8**  )

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,797.10** |
|---|---|---|---|

**Air Rey Services**

**2424 Richland Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Farmers Branch** | **TX** | **75234** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred     **2020**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☒ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Astro Sheetmetal**

**1906 S. Great SW Pkwy.**

**Grand Prairie, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred     **2022**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☒ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,727.69** |
|---|---|---|---|

**Bank of America**

**P.O. Box 15019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Wilmington** | **DE** | **19886** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred     **2018**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☒ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,860.20** |
|---|---|---|---|

**Bowling Capital Partners**

**1700 Pacific Ave., Ste. 4650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75201** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred     **2020**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☒ No
☐ Yes

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5**  Nonpriority creditor's name and mailing address

**Bruce Hyvl**

**5814 Constellation Cir.**

**Rockwall**                          **TX      75032**

Date or dates debt was incurred        **2022**

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$250,000.00**

**3.6**  Nonpriority creditor's name and mailing address

**Bruce Hyvl**

**5814 Constellation Cir.**

**Rockwall**                          **TX      75032**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$70,183.92**

**3.7**  Nonpriority creditor's name and mailing address

**Capital One Bank**

**P.O. Box 60519**

**City of Industry**                   **CA      91716**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,121.76**

**3.8**  Nonpriority creditor's name and mailing address

**Castillo Wood Flooring**

**8129 Woodhue Rd.**

**Dallas**                            **TX      75228**

Date or dates debt was incurred        **2020**

Last 4 digits of account number        **6    9    5    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,795.00**

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.9** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **CBG Surveying** | ☐ Contingent |
| **1413 E. Interstate 30, Ste. 7** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Garland**          **TX**    **75043** | **Business Debt** |
| **Date or dates debt was incurred**   **2020** | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   __ __ __ __ | ☒ No |
| | ☐ Yes |

**$2,720.95**

| | |
|---|---|
| **3.10** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Chris Bovard/Filgo Oil** | ☐ Contingent |
| **5021 Bernal Dr.** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Dallas**          **TX**    **75212** | **Business Debt** |
| **Date or dates debt was incurred**   **2019** | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   __ __ __ __ | ☒ No |
| | ☐ Yes |

**$100,000.00**

| | |
|---|---|
| **3.11** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Clean Air Services** | ☐ Contingent |
| **204 Hampel Rd.** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Palmer**          **TX**    **75152** | **Business Debt** |
| **Date or dates debt was incurred**   **2022** | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   __ __ __ __ | ☒ No |
| | ☐ Yes |

**$2,500.00**

| | |
|---|---|
| **3.12** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Craftsman Glass and Door** | ☐ Contingent |
| **32 Horseshoe Dr.** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** |
| **Highland Village**          **TX**    **75077** | **Business Debt** |
| **Date or dates debt was incurred**   **2020** | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   __ __ __ __ | ☒ No |
| | ☐ Yes |

**$4,500.00**

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

Dal Tile

7834 CF Hawn Frwy.

Dallas                    TX      75217

Date or dates debt was incurred      2021

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,978.00**

---

**3.14** Nonpriority creditor's name and mailing address

Dallas County

Tax Assessor-Collector

P.O. Box 139066

Dallas                    TX      75313-9066

Date or dates debt was incurred      2019

Last 4 digits of account number      1  0  1  6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$445.68**

---

**3.15** Nonpriority creditor's name and mailing address

Dana Herbertson

c/o The Derm Lounge

6822 Kenwhite Dr.

Dallas                    TX      75231

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.16** Nonpriority creditor's name and mailing address

Daniel Bailey

c/o Jacob D. Thomas

6850 TPC Dr., Ste. 210

McKinney                    TX      75070

Date or dates debt was incurred      2022

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$280,366.45**

---

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** |
|---|---|---|---|

FCC Waste

5200 Simpson Stuart Rd.

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Dallas | TX | 75241 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    _ _ _ _

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$483.65** |
|---|---|---|---|

Garland ISD

P.O. Box 461407

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Garland | TX | 75046 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred    **2019, 2020, 2021**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8  7  0  9**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,930.00** |
|---|---|---|---|

IJE Generation Flooring

3310 Statler Dr.

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Mesquite | TX | 75150 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    _ _ _ _

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** |
|---|---|---|---|

Insulation Patching Solutions

P.O. Box 928

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Caddo Mills | TX | 75135 |

Basis for the claim: **Business Debt**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    _ _ _ _

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21**    Nonpriority creditor's name and mailing address

$3,776.03

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19114**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Taxes**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **9**   **1**   **9**   **7**

---

**3.22**    Nonpriority creditor's name and mailing address

$1,575.13

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19114**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Taxes**

Date or dates debt was incurred    **2014**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **9**   **1**   **9**   **7**

---

**3.23**    Nonpriority creditor's name and mailing address

$1,468.07

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19114**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Taxes**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **9**   **1**   **9**   **7**

---

**3.24**    Nonpriority creditor's name and mailing address

$3,130.80

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**      **PA**    **19114**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Taxes**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number    **9**   **1**   **9**   **7**

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25** **Nonpriority creditor's name and mailing address**

Intown Plumbing

P.O. Box 576

Rockwall                    TX      75087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred      **2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$15,804.00**

---

**3.26** **Nonpriority creditor's name and mailing address**

Kevin McClendon

10742 Lanett Cir.

Dallas                      TX      75238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.27** **Nonpriority creditor's name and mailing address**

Legends Roofing

4326 W. Lovers Ln.

Dallas                      TX      75209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred      **2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

**3.28** **Nonpriority creditor's name and mailing address**

Marble and Tile Installation

1504 Janwood Dr.

Plano                       TX      75075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred      **2022**

Last 4 digits of account number    **3   3   3   3**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,433.63**

---

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

**Michael S. Martinez**

**4001 Airport Freeway, Ste. 150**

**Bedford** TX **76021**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.30** Nonpriority creditor's name and mailing address

**Old Castle Building Envelope**

**1101 Fountain Pkwy.**

**Grand Prairie** TX **75050**

Date or dates debt was incurred **2021**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,417.74**

---

**3.31** Nonpriority creditor's name and mailing address

**Oncor Utilities**

**1616 Woodall Rodgers Fwy.**

**Dallas** TX **75202**

Date or dates debt was incurred **2021**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.32** Nonpriority creditor's name and mailing address

**Palomo Masonry**

**2301 Vista Oaks Ln.**

**Wylie** TX **75098**

Date or dates debt was incurred **2019**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$96,000.00**

---

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** Nonpriority creditor's name and mailing address

**PLS Check Cashers**

**One South Wacker Drive, 36th Fl.**

**Chicago**           **IL**      **60606**

Date or dates debt was incurred          **2019**

Last 4 digits of account number          ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,500.00**

---

**3.34** Nonpriority creditor's name and mailing address

**Sara Blakely**

**508 Columbia Dr.**

**Rockwall**           **TX**      **75032**

Date or dates debt was incurred          **2022**

Last 4 digits of account number          ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$92,000.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Small Business Administration**

**14925 Kingsport Rd.**

**Fort Worth**           **TX**      **76155**

Date or dates debt was incurred          **2021**

Last 4 digits of account number          ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$150,000.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Sound Impressions Home Theater**

**12350 Phantom Springs Dr.**

**Frisco**           **TX**      **75033**

Date or dates debt was incurred          **2020**

Last 4 digits of account number          ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40,000.00**

---

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,500.00** |
|---|---|---|---|

Southwest Gutters

3798 FM 550

☐ Contingent
☐ Unliquidated
☐ Disputed

Royce City                    TX      75189

Basis for the claim:
**Business Debt**

Date or dates debt was incurred      **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

Spencer and Emily Guy

518 Bondstone Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                        TX      75218

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,644.00** |
|---|---|---|---|

Watson Electrical

P.O. Box 571

☐ Contingent
☐ Unliquidated
☐ Disputed

Gunter                        TX      75058

Basis for the claim:
**Business Debt**

Date or dates debt was incurred      **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,400.00** |
|---|---|---|---|

Western Sheet Metal

2406 Hinton Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Irving                        TX      75061

Basis for the claim:
**Business Debt**

Date or dates debt was incurred      **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor   **Modern Craft Construction, LLC**                                Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| **4.1   A.G. Adjustments, LTD**<br>**740 Walt Whitman Rd.**<br><br>**Melville          NY     11747-9090** | Line  **3.30**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2   Anozie, LLP**<br>**6120 Swiss Avenue, #140838**<br><br>**Dallas          TX     75214** | Line  **3.31**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3   ConServ**<br>**200 CrossKeys Office Park**<br><br>**Fairport          NY     14450** | Line  **3.24**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.4   ConServ**<br>**200 CrossKeys Office Park**<br><br>**Fairport          NY     14450** | Line  **3.23**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5   ConServ**<br>**200 CrossKeys Office Park**<br><br>**Fairport          NY     14450** | Line  **3.22**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.6   ConServ**<br>**200 CrossKeys Office Park**<br><br>**Fairport          NY     14450** | Line  **3.21**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Modern Craft Construction, LLC**                    Case number (if known) _____

### Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **Credit Control LLC** <br> **5757 Phantom Dr., Ste. 330** <br><br> **Hazelwood          MO     63042** | Line __3.7__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.8 | **Jacob D. Thomas** <br> **6850 TPC Drive, Ste. 210** <br><br> **McKinney          TX     75070** | Line __3.16__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.9 | **JNR Adjustment Company** <br> **P.O. Box 27070** <br><br> **Minneapolis          MN     55427-0070** | Line __3.31__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.10 | **Linebarger Goggan Blair & Sampson, LLP** <br> **2777 N. Stemmons Frwy., Ste. 1000** <br><br> **Dallas          TX     75201** | Line __3.14__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.11 | **Martinez Hsu** <br> **4001 Airport Fwy., Ste. 150** <br><br> **Bedford          TX     76021** | Line __3.28__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.12 | **Perdue Brandon Field Collins & Mott, LLP** <br> **1919 S. Shiloh Blvd., Ste. 310, LB 40** <br><br> **Garland          TX     75042** | Line __3.18__ <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.13 | **Radius Global Solutions** <br> **7831 Glenroy Rd., Ste. 250-A** <br><br> **Minneapolis          MN     55439** | Line __3.7__ <br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **Modern Craft Construction, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.14 | **Sage Capital Recovery** **1040 Kings Hwy. N., Ste. 100** **Cherry Hill          NJ      08034** | Line ___**3.33**___ ☐ Not listed. Explain: | __ __ __ __ |
| 4.15 | **TRS Recovery Service** **1600 Terrell Mill Rd.** **Marietta          GA      30067** | Line ___**3.13**___ ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **Modern Craft Construction, LLC**                                          Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---:|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,358,059.80** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,358,059.80** |

**Fill in this information to identify the case:**

Debtor name **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known) _____    Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                  State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name      **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |

**Fill in this information to identify the case:**

Debtor Name **Modern Craft Construction, LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B......................................................................................... | **$0.00**

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B....................................................................................... | **$800.00**

    1c.   **Total of all property**
    Copy line 92 from Schedule A/B......................................................................................... | **$800.00**

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................... | **$0.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | + **$1,358,059.80**

4.   **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................. | **$1,358,059.80**

**Fill in this information to identify the case and this filing:**

Debtor Name     **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/06/2023**
MM / DD / YYYY

X **/s/ Robert Wiley Gilliam, III**
Signature of individual signing on behalf of debtor

**Robert Wiley Gilliam, III**
Printed name

**Managing Member**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Modern Craft Construction, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| For prior year: | From **01/01/2022** <br> MM / DD / YYYY | to | **12/31/2022** <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,300,000.00** |
| For the year before that: | From **01/01/2021** <br> MM / DD / YYYY | to | **12/31/2021** <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,000,000.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor  **Modern Craft Construction, LLC**                               Case number (if known)  _____
         Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
$7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of
adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor
and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and
any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a
creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in
line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Daniel Bailey vs. Moderncraft Construction, LLC, et al | Civil | **Rockwall County District Court** <br> Name <br> _____ <br> Street <br> _____ | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number <br> **1-22-1364** | | _____ <br> City          State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Pelley Law Offices** | | **02/28/2023** | **$3,000.00** |
| **Address** | | | |
| **905 N. Travis** | | | |
| Street | | | |
| | | | |
| **Sherman**        **TX**    **75090** | | | |
| City        State    ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Modern Craft Construction, LLC**_____    Case number (if known) _____
      Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

       Does the debtor have a privacy policy about that information?
       ☐ No.
       ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
       ☐ No.  Go to Part 10.
       ☐ Yes.  Fill in below:

Debtor   __Modern Craft Construction, LLC_____   Case number (if known) _____
         Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Wiley Gilliam, III** | **2102 FM 1141**<br>**Rockwall, TX 75087** | **Managing Member** | |
| **Leslie Gilliam** | **2102 FM 1141**<br>**Rockwall, TX 75087** | | |
| **Bruce Hyvl** | **5814 Constellation Cir.**<br>**Rockwall, TX 75032** | | |

Debtor    __Modern Craft Construction, LLC__    Case number (if known) _____
             Name

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/06/2023__
             MM / DD / YYYY

**X** __/s/ Robert Wiley Gilliam, III_____    Printed name  __Robert Wiley Gilliam, III_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor __Managing Member_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re **Modern Craft Construction, LLC**

Case No. _____

Chapter **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. **$3,000.00**

Prior to the filing of this statement I have received......................................................... **$3,000.00**

Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __04/06/2023__ | /s/ Richard Pelley |
| *Date* | *Richard Pelley*        Bar No.  15732500 |
| | Pelley Law Offices |
| | 905 N. Travis |
| | Sherman, TX  75090 |
| | Phone: (903) 813-4778 / Fax: (903) 813-0586 |

---

/s/ Robert Wiley Gilliam, III

*Robert Wiley Gilliam, III*
*Managing Member*

**Fill in this information to identify the case:**

Debtor name      **Modern Craft Construction, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Daniel Bailey c/o Jacob D. Thomas 6850 TPC Dr., Ste. 210 McKinney, TX 75070 | | Business Debt | Contingent Unliquidated Disputed | | | $280,366.45 |
| 2 | Bruce Hyvl 5814 Constellation Cir. Rockwall, TX 75032 | | Business Debt | | | | $250,000.00 |
| 3 | Small Business Administration 14925 Kingsport Rd. Fort Worth, TX 76155 | | Business Debt | | | | $150,000.00 |
| 4 | Chris Bovard/Filgo Oil 5021 Bernal Dr. Dallas, TX 75212 | | Business Debt | | | | $100,000.00 |
| 5 | Palomo Masonry 2301 Vista Oaks Ln. Wylie, TX 75098 | | Business Debt | | | | $96,000.00 |

| Debtor | **Modern Craft Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Sara Blakely 508 Columbia Dr. Rockwall, TX 75032 | | Business Debt | | | | $92,000.00 |
| 7  Bowling Capital Partners 1700 Pacific Ave., Ste. 4650 Dallas, TX 75201 | | Business Debt | | | | $83,860.20 |
| 8  Bruce Hyvl 5814 Constellation Cir. Rockwall, TX 75032 | | Business Debt | | | | $70,183.92 |
| 9  Sound Impressions Home Theater 12350 Phantom Springs Dr. Frisco, TX 75033 | | Business Debt | | | | $40,000.00 |
| 10  IJE Generation Flooring 3310 Statler Dr. Mesquite, TX 75150 | | Business Debt | | | | $21,930.00 |
| 11  Marble and Tile Installation 1504 Janwood Dr. Plano, TX 75075 | | Business Debt | | | | $18,433.63 |
| 12  Bank of America P.O. Box 15019 Wilmington, DE 19886 | | Business Debt | | | | $17,727.69 |
| 13  Intown Plumbing P.O. Box 576 Rockwall, TX 75087 | | Business Debt | | | | $15,804.00 |

| Debtor | **Modern Craft Construction, LLC** | | | | Case number (if known) | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Castillo Wood Flooring 8129 Woodhue Rd. Dallas, TX 75228 | | Business Debt | | | | $15,795.00 |
| 15 Legends Roofing 4326 W. Lovers Ln. Dallas, TX 75209 | | Business Debt | | | | $15,000.00 |
| 16 FCC Waste 5200 Simpson Stuart Rd. Dallas, TX 75241 | | Business Debt | | | | $15,000.00 |
| 17 Capital One Bank P.O. Box 60519 City of Industry, CA 91716 | | Business Debt | | | | $9,121.76 |
| 18 Watson Electrical P.O. Box 571 Gunter, TX 75058 | | Business Debt | | | | $8,644.00 |
| 19 Old Castle Building Envelope 1101 Fountain Pkwy. Grand Prairie, TX 75050 | | Business Debt | | | | $8,417.74 |
| 20 Air Rey Services 2424 Richland Ave. Farmers Branch, TX 75234 | | Business Debt | | | | $7,797.10 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Modern Craft Construction, LLC**                          CASE NO

                                                                CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/6/2023 _____              Signature   **/s/ Robert Wiley Gilliam, III** _____

                                                         **Robert Wiley Gilliam, III**
                                                         **Managing Member**

Date _____              Signature _____

A.G. Adjustments, LTD
740 Walt Whitman Rd.
Melville, NY 11747-9090

Air Rey Services
2424 Richland Ave.
Farmers Branch, TX 75234

Anozie, LLP
6120 Swiss Avenue, #140838
Dallas, TX 75214

Astro Sheetmetal
1906 S. Great SW Pkwy.
Grand Prairie, TX

Attorney General of Texas
Collection Div. - Bankruptcy
Box 12548, Capitol Station
Austin, TX 78711-2548

Bank of America
P.O. Box 15019
Wilmington, DE 19886

Bowling Capital Partners
1700 Pacific Ave., Ste. 4650
Dallas, TX 75201

Bruce Hyvl
5814 Constellation Cir.
Rockwall, TX 75032

Capital One Bank
P.O. Box 60519
City of Industry, CA 91716

Castillo Wood Flooring
8129 Woodhue Rd.
Dallas, TX 75228


CBG Surveying
1413 E. Interstate 30, Ste. 7
Garland, TX 75043


Chris Bovard/Filgo Oil
5021 Bernal Dr.
Dallas, TX 75212


Clean Air Services
204 Hampel Rd.
Palmer, TX 75152


ConServ
200 CrossKeys Office Park
Fairport, NY 14450


Craftsman Glass and Door
32 Horseshoe Dr.
Highland Village, TX 75077


Credit Control LLC
5757 Phantom Dr., Ste. 330
Hazelwood, MO 63042


Dal Tile
7834 CF Hawn Frwy.
Dallas, TX 75217


Dallas County
Tax Assessor-Collector
P.O. Box 139066
Dallas, TX 75313-9066

Dana Herbertson
c/o The Derm Lounge
6822 Kenwhite Dr.
Dallas, TX 75231


Daniel Bailey
c/o Jacob D. Thomas
6850 TPC Dr., Ste. 210
McKinney, TX 75070


FCC Waste
5200 Simpson Stuart Rd.
Dallas, TX 75241



FmHA
101 S. Main St., Suite 102
Temple, TX 76501-7651



Garland ISD
P.O. Box 461407
Garland, TX 75046



IJE Generation Flooring
3310 Statler Dr.
Mesquite, TX 75150



Insulation Patching Solutions
P.O. Box 928
Caddo Mills, TX 75135



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intown Plumbing
P.O. Box 576
Rockwall, TX 75087


Jacob D. Thomas
6850 TPC Drive, Ste. 210
McKinney, TX 75070


JNR Adjustment Company
P.O. Box 27070
Minneapolis, MN 55427-0070


Kevin McClendon
10742 Lanett Cir.
Dallas, TX 75238


Legends Roofing
4326 W. Lovers Ln.
Dallas, TX 75209


Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy., Ste. 1000
Dallas, TX 75201


Marble and Tile Installation
1504 Janwood Dr.
Plano, TX 75075


Martinez Hsu
4001 Airport Fwy., Ste. 150
Bedford, TX 76021


Michael S. Martinez
4001 Airport Freeway, Ste. 150
Bedford, TX 76021

Office of Attorney General
Child Support Division
1600 Pacific, #700
Dallas, TX 75201-3627


Old Castle Building Envelope
1101 Fountain Pkwy.
Grand Prairie, TX 75050


Oncor Utilities
1616 Woodall Rodgers Fwy.
Dallas, TX 75202


Palomo Masonry
2301 Vista Oaks Ln.
Wylie, TX 75098


Perdue Brandon Field Collins & Mott, LLP
1919 S. Shiloh Blvd., Ste. 310, LB 40
Garland, TX 75042


PLS Check Cashers
One South Wacker Drive, 36th Fl.
Chicago, IL 60606


Radius Global Solutions
7831 Glenroy Rd., Ste. 250-A
Minneapolis, MN 55439


Sage Capital Recovery
1040 Kings Hwy. N., Ste. 100
Cherry Hill, NJ 08034


Sara Blakely
508 Columbia Dr.
Rockwall, TX 75032

Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Sound Impressions Home Theater
12350 Phantom Springs Dr.
Frisco, TX 75033


Southwest Gutters
3798 FM 550
Royce City, TX 75189


Spencer and Emily Guy
518 Bondstone Dr.
Dallas, TX 75218


State Comptroller
Capitol Station
Austin, TX 78711


Texas Employment Commission
T.E.C. Bldg., Tax Dept.
Austin, TX 78778-0001


TRS Recovery Service
1600 Terrell Mill Rd.
Marietta, GA 30067


U.S. Attorney
700 Nations Bank Tower
110 N. College Ave.
Tyler, TX 75702-7226


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Veterans Administration
701 Clay Ave.
Waco, TX 76706-1177

Watson Electrical
P.O. Box 571
Gunter, TX 75058

Western Sheet Metal
2406 Hinton Dr.
Irving, TX 75061